# A. G. S. Railroad Co. v. Smart.

APPEAL from Circuit Court of DeKalb.
Tried before the Hon. J. A. BILBRO.

AMOS E. GOODHUE, for appellant.

DAVIS & HARALSON, for appellee.

This was an action by the appellee against the appellant, to recover damages for the alleged negligent killing of a cow, the property of the plaintiff.

There were verdict and judgment for plaintiff. Defendant appeals.

The decree is affirmed.